THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

Mussie TEWELDEMEDHIN;

Petitioner,

v.

Kristi NOEM, *et al.*;

Respondents.

Case No.: 2:25-cv-2363-JLR

**WRIT OF HABEAS CORPUS**

This matter comes before the Court on a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court has reviewed the materials filed in support of and in opposition to the petition and motion, the record, and the governing law. Being fully advised, for the reasons below, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

(1) The Court GRANTS the Petition for Writ of Habeas Corpus (Dkt. #1).

(2) The Court ORDERS that Petitioner must be released from custody immediately on the same conditions of release previously imposed before his most recent arrest. Respondents and their respective officers, agents, employees, attorneys, and other persons acting on their behalf are prohibited from re-detaining Petitioner unless and until he is provided with adequate notice and a hearing before an immigration court to determine whether re-detention is appropriate.

(3) The Court DIRECTS the clerk to send uncertified copies of this Order to all counsel of record.

WRIT OF HABEAS CORPUS
(CASE NO. 2:25-cv-2363-JLR)
Page - 1

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 929-3880

1 | Dated this 23rd day of January, 2026.

_____
James L. Robart
United States District Judge

**WRIT OF HABEAS CORPUS**
**(CASE NO. 2:25-cv-2363-JLR)**
**Page - 2**

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 929-3880